UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62276-CIV-SMITH/VALLE

MITCHE A. DALBERISTE,

    Plaintiff,

v.

GLE ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 86], in which the Magistrate Judge recommends denying Defendant GLE Associates, Inc.'s Motion for Attorneys' Fees [DE 77]. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given the parties did not object, it is

**ORDERED** that:

1.    The Report and Recommendation to District Judge [DE 86] is **AFFIRMED** and **ADOPTED**.

2.    Defendant's Motion for Attorneys' Fees [DE 77] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of March, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All parties of record